IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 19cv0267 |
| | LEAD CASE |
| v. | |
| POSHMARK, INC., | |
| Defendant. | |

| | |
|---|---|
| MATTHEW A. KOLESAR, | |
| Plaintiff, | |
| | 19cv068 Erie |
| v. | CONSOLIDATED CASE |
| COSTA DEL MAR, INC., | |
| Defendant. | |

| | |
|---|---|
| RON KOLESAR, | |
| Plaintiff, | 19cv0069 Erie |
| | CONSOLIDATED CASE |
| v. | |
| ZIPPO MANUFACTURING COMPANY, INC., | |
| Defendant. | |

MATTHEW A. KOLESAR,

        Plaintiff,                                  1:19cv0070 Erie
                                                              CONSOLIDATED CASE

        v.

MODASUITE (US), INC.,

        Defendant.

---

RONALD C. KOLESAR,

        Plaintiff,                                  1:19cv0071 Erie
                                                               CONSOLIDATED CASE

        v.

GUNTERSVILLE BREATHABLES, INC.,

        Defendant.

---

THOMAS KLAUS, RONALD C. KOLESAR,

        Plaintiffs,                                1:19cv0072 Erie
                                                              CONSOLIDATED CASE

        v.

JUSTIN BRANDS, INC.,

        Defendant.

---

MATTHEW A. KOLESAR,

        Plaintiff,                                  1:19cv073 Erie
                                                              CONSOLIDATED CASE

        v.

DANNER, INC.,

        Defendant.

THOMAS KLAUS, MATTHEW A. KOLESAR,

        Plaintiff,

v.

DELTA APPAREL, INC., SALT LIFE, LLC,

        Defendants.

1:19cv074 Erie
CONSOLIDATED CASE

_____

RONALD C. KOLESAR,

        Plaintiff,

v.

CABOT HOSIERY MILLS, INC.,

        Defendant.

1:19cv076 Erie
CONSOLIDATED CASE

MATTHEW A. KOLESAR,

        Plaintiff,

v.

FREE COUNTRY, NEW YORK, LLC,

        Defendant.

1:19cv077 Erie
CONSOLIDATED CASE

MATTHEW A. KOLESAR, THOMAS KLAUS,

        Plaintiff,

v.

WATCHISMO, LLC,

        Defendant.

1:19cv079 Erie
CONSOLIDATED CASE

ROBERT JAHODA,

        Plaintiff,                       19cv0272
                                                      CONSOLIDATED CASE

        v.

MIZUNO USA, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                       19cv0273
                                                      CONSOLIDATED CASE

        v.

UNIQLO USA LLC,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                       19cv0278
                                                      CONSOLIDATED CASE

        v.

TOUCHOFMODERN, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                       19cv0279
                                                      CONSOLIDATED CASE

        v.

OUTDOOR RESEARCH, LLC,

        Defendant.

ROBERT JAHODA,

        Plaintiff,   19cv0284
                                CONSOLIDATED CASE

      v.

ICEBREAKER NATURE CLOTHING, INC.,

        Defendant.

---

THOMAS KLAUS , ROBERT JAHODA,

        Plaintiffs,   19cv0285
                                CONSOLIDATED CASE

      v.

ROCKY BRANDS, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,   19cv0286
                                CONSOLIDATED CASE

      v.

SIMMS FISHING PRODUCTS, LLC,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,   19cv0289
                                CONSOLIDATED CASE

      v.

BIT BODY, INC.,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                      19cv0290
                                                CONSOLIDATED CASE

        v.

COMBATANT GENTLEMAN, INC.,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 19-68 Erie, 19-69 Erie, 19-70 Erie, 19-71 Erie, 19-72 Erie, 19-73 Erie, 19-74 Erie, 19-76 Erie, 19-77 Erie, 19-79 Erie, 19-272, 19-273, 19-278, 19-279, 19-284, 19-285, 19-286, 19-289, and 19-290 are hereby consolidated with Civil Action No. 19-267, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 19-267.

3. The Clerk of Court shall close Civil Action No. 19-68 Erie, 19-69 Erie, 19-70 Erie, 19-71 Erie, 19-72 Erie, 19-73 Erie, 19-74 Erie, 19-76 Erie, 19-77 Erie, 19-79 Erie, 19-272, 19-273, 19-278, 19-279, 19-284, 19-285, 19-286, 19-289, and 19-290.

                                                **SO ORDERED** this 22[th] day of March, 2019.

                                                s/Arthur J. Schwab
                                                Arthur J. Schwab
                                                United States District Judge

Case 2:19-cv-00267-AJS   Document 5   Filed 03/22/19   Page 7 of 7